UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>  Plaintiff,<br><br>  v.<br><br>K. SIMMONS, et al.,<br><br>  Defendants. | No.  2:22–cv–349–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 7.) |

On February 23, 2022, plaintiff filed a complaint and request to proceed in forma pauperis.  (ECF Nos. 1, 2.)  The court screened the complaint under 28 U.S.C. Section 1915 and found potentially cognizable claims related to a pretextual traffic stop, as against the "Sacramento Police Department" and officers.  (ECF No. 3.)  Thus, the court ordered service for those parties, but found the remainder of plaintiff's complaint against other parties to be conclusory.  (Id.)

Plaintiff now requests a summons be issued for Officer P. Fong, a Sacramento police officer, previously named as a doe defendant.  (ECF No. 7.)  Plaintiff's request is GRANTED.

**ORDER**

1. The Clerk of Court shall issue forthwith all process pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.  The Clerk shall send to plaintiff:
   (i)   one copy of this order;
   (ii)  one copy of the court's forthcoming order setting status conference;

1

   (iii) one copy of the Magistrate Judge Consent/Decline form; and

   (iv) a summons and a USM-285 form (with related documents);

2. The Clerk of Court is directed to serve a copy of this order on the U.S. Marshal;

***Plaintiff's Required Submission of Documents to U.S. Marshal***

3. Within 30 days from the date of this order, plaintiff shall submit to the U.S. Marshal (501 I Street, 5th Floor, Sacramento, CA 95814) the following:

   (i) <u>1</u> copy of this order;

   (ii) <u>1</u> copy of the court's order setting status conference;

   (iii) <u>1</u> copy of the Magistrate Judge Consent/Decline form;

   (iv) A completed summons and completed USM-285 form for Officer Fong; and

   (v) <u>1</u> copy of the complaint;

4. Within 10 days of submitting these documents to the U.S. Marshal, plaintiff shall file with the court a statement indicating that the documents have been submitted;

***Marshal's Service of Process***

5. The U.S. Marshal shall:

   a. Within 60 days of the expiration of the waiver deadline, personally serve process—along with a copy of the court's order setting status conference, a Magistrate Judge Consent/Decline form, and a copy of this order—on Officer Fong in accordance with Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c); and

   b. Within 14 days after personal service is effected, file a return of service.

6. In the event the U.S. Marshal is unable, for any reason, to effect service on any defendant within this time frame, the Marshal shall report that fact, and the reasons for it, to the undersigned;

***Miscellaneous Orders***

7. The Clerk of the Court shall update the docket to reflect the additional named defendant identified in this order (Officer Fong);

8. Following service, defendant shall reply to the complaint within the time provided in Federal Rule of Civil Procedure 12(a); and

9. Failure by any party to comply with this order may result in any appropriate sanctions, including monetary sanctions and/or dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 25, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

roge.349